## Vlachos *v.* Witherow, Appellant.

Argued October 3, 1955. Before STERN, C. J., STEARNE, JONES, MUSMANNO and ARNOLD, JJ.

*Walter W. Riehl,* with him *Patrick E. Derrico,* and *John P. Liekar,* for appellants.

*Thomas L. Anderson,* with him *George J. Modrak,* and *Chris Vlachos,* for appellees.

Opinion Per Curiam, November 14, 1955:

The judgment is affirmed on the opinion of Judge Weiner reported at 3 D. & C. 2d 698.